■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS A. VAZQUEZ, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered July 15, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIARLLO RENFORD, Appellant. [823 NYS2d 731]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered October 28, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.